**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01904-LTB-MEH

MARSHALL DYER,

        Plaintiff,

v.

SALIDA SCHOOL DISTRICT R-32-J, and
JOHN P. ROUSE, in his official and individual capacities,

        Defendants.
_____

**ORDER OF DISMISSAL**
_____

        THIS MATTER having come before the Court on the Joint Stipulation of Dismissal (Doc 16 - filed May 14, 2009), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:  May 18, 2009